452 A.2d 67

Commonwealth v. Tillman, Appellant.

Argued May 19, 1982. Dante G. Bertani, Assistant Public Defender, for

632

appellant; Judith Karns Ciszek, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.